# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**REGINALD L. DUNAHUE**                                          **PLAINTIFF**
**ADC #106911**

**v.**                          **No. 4:25-cv-1043-DPM-PSH**

**TRACY BENNETT, Nurse, Well Path**                   **DEFENDANTS**
**Corporation, Brickeys Unit;   MARJORIE**
**HAYS, Nurse, Well Path Corporation, Varner**
**Unit;   S. DOUANGKESONE, Nurse, Well**
**Path Corporation, Verner Unit;   AUNDREA**
**CULCLAGER, Deputy Director, ADC;**
**WILLIAM STRAUGHN, Deputy Director,**
**ADC;   JAMES GIBSON, Warden, ADC;**
**MAURICE CULCLAGER, Warden, ADC;**
**and ANGELA FORTENBERRY, Medical**
**Service Manager, Well Path Corporation,**
**Varner Unit**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, *Doc. 26*, and overrules Dunahue's objections, *Doc. 28*.  Fed. R. Civ. P. 72(b)(3).  The Court also notes his motion to supplement his pleadings, *Doc. 27*, and returns it to Magistrate Judge Harris to consider.  Dunahue's motions for a preliminary injunction and a hearing, *Doc. 5 & 26*, are denied.

So Ordered.

_NPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_20 March 2026_