**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**REGINALD L. DUNAHUE
ADC #106911** **PLAINTIFF**

**v. No. 4:25-cv-1043-DPM-PSH**

**TRACY BENNETT, Nurse, Well Path Corporation, Brickeys Unit; MARJORIE HAYS, Nurse, Well Path Corporation, Varner Unit; SILAKHONE DOUANGKESONE, Nurse, Well Path Corporation, Varner Unit; AUNDREA CULCLAGER, Deputy Director, ADC; WILLIAM STRAUGHN, Deputy Director, ADC; JAMES GIBSON, Warden, ADC; MAURICE CULCLAGER, Warden, ADC; ANGELA FORTENBERRY, Medical Service Manager, Well Path Corporation, Varner Unit; MARSHA MILLER, Nurse; KIRA EARNEST, Nurse; ASHLEY SMITHEY, Director of Nursing, Well Path; and JARED BYERS, Warden, ADC** **DEFENDANTS**

**ORDER**

On *de novo* review, the Court adopts Magistrate Judge Harris's partial recommendation, *Doc. 60*, and overrules Dunahue's objections, *Doc. 71*. Fed. R. Civ. P. 72(b)(3). His motion for injunctive relief, *Doc. 57*, is denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 October 2026